ACCEPTED
04-15-00287-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/2/2015 5:05:22 PM
KEITH HOTTLE
CLERK

No. 04-15-00287-CV

_____

IN THE COURT OF APPEALS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

FOR THE FOURTH JUDICIAL DISTRICT 07/2/2015 5:05:22 PM
KEITH E. HOTTLE
Clerk

SAN ANTONIO, TEXAS

_____

Cecil and Maxine Adams,
Plaintiffs - Appellants,

vs.

Harris County, Rebecca Ross, Kathleen Keese and
Christopher Prine, Clerk of the First Court of Appeals,
Defendants - Appellees.

_____

On Appeal from the 269th District Court of Harris County, Texas

Trial Court Cause No. 2014-35653

---

**APPELLEES' JOINT MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE BRIEF**

---

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF
APPEALS:**

Defendant-Appellees Harris County and Christopher Prine, District Clerk for

the First Court of Appeals, move for a 20-day extension of time to file their briefs in

response to Plaintiff-Appellant Adams' brief. This is the first extension sought by

Appellees in this interlocutory appeal. Further, Appellants were afforded an

1

extension of time to file their brief.

Currently, Appellees' briefs are due on July 9, 2015. The undersigned contend that the need for an extension is not due to sloth or neglect, and is not requested for the purpose of delay. An extension is requested so that counsel may have adequate time to review the clerk and reporters records, their own records, and file thorough briefs, thereby preserving judicial economy. Therefore, Appellees respectfully request a 20-day extension to file Appellees' briefs.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Christin Cobe Vasquez*
**CHRISTIN COBE VASQUEZ**
Assistant Attorney General
State Bar No. 24074047
Christin.vasquez@texasattorneygeneral.gov

2

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 936-2109
**ATTORNEYS FOR DEFENDANT-
APPELLEE CHRISTOPHER PRINE**

**-AND-**

*/s/ Keith A. Toler*
**KEITH A. TOLER**
Assistant County Attorney
State Bar No. 24088541

1019 Congress, 15th Floor
Houston, Texas, 77002
Phone: (713) 274-5265
Fax: (713) 755-8924
Email: Keith.Toler@cao.hctx.net

**ATTORNEY FOR APPELLEE HARRIS
COUNTY**

**CERTIFICATE OF CONFERENCE**

I, **KEITH A. TOLER,** attempted to confer with Appellants via email regarding the substance of this motion on Wednesday, July 1, 2015; however, as of the time of filing this motion I did not receive any response. Therefore, it must be assumed that Appellants oppose this motion.

*/s/ Keith Toler*
**KEITH TOLER**
Assistant County Attorney

**CERTIFICATE OF SERVICE**

I, CHRISTIN COBE VASQUEZ, Assistant Attorney General of Texas, certify that a true copy of **Appellees' Joint Motion for Extension of Time to File Response Brief** was served upon all counsel of record via electronic filing notification, email and/or FedEx Overnight, return receipt requested, on July 2, 2015, addressed to:

Jayson Booth
ATTORNEY FOR KATHLEEN KEESE
3730 Kirby Drive, Ste 777
Houston, TX 77098
(p) 713.280.9312
(f) 713.526.1175
Email: info@boothricheylaw.com

Maxine Adams    *FedEx Overnight*
Cecil Adams
5510 South Rice # 1206
Houston, TX 77081
PRO SE
Cecillovesmax@sbcglobal.net
Swayne.adams@yahoo.com

Brian A. Quintero
Keith A. Toler
ASST. COUNTY ATTORNEY
1019 Congress 1th Floor
Houston, TX 77002
Brian.Quintero@cao.hctx.net
Keith.toler@cao.hctx.net

Timothy Henderon
COUNSEL FOR REBECCA ROSS
6300 West Loop South, Ste 280
Houston, TX 77401
(f) 713.688.5697
timjhenderson@msn.com

Clinton Gambill
ASST. COUNTY ATTORNEY
1019 Congress 1th Floor
Houston, TX 77002
(p)713-755-5101
(f)713-755-8924
Clinton.Gambill@cao.hctx.net

*/s/ Christin Cobe Vasquez*
**Christin Cobe Vasquez**
Assistant Attorney General

## NOTICE OF ELECTRONIC FILING

I, **CHRISTIN COBE VASQUEZ**, Assistant Attorney General of Texas, certify that I have electronically submitted the foregoing motion for filing in accordance with the Electronic File and Serve System for the Fourth Court of Appeals on July 2, 2015.

*/s/ Christin Cobe Vasquez*
Christin Cobe Vasquez
Assistant Attorney General